**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>ZETTA JET USA, INC.,<br><br>Debtor.<br><br>AND RELATED CLAIMS | No. 2:22-cv-02004-JAK<br><br>**ORDER RE APPLICATION FOR LEAVE TO FILE PROPOSED REDACTIONS UNDER SEAL (DKT. 92)** |

1

Based on a review of the Application for Leave to File Proposed Redactions Under Seal (the "Application" (Dkt. 92)), sufficient good cause has been shown for the requested relief. Therefore, the relief requested through the Application is **GRANTED**, as follows:

The identified documents shall be filed under seal.

**IT IS SO ORDERED.**

Dated: April 15, 2024

John A. Kronstadt
United States District Judge